UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VALUE WHOLESALE, INC.,

Plaintiff,

v.

KB INSURANCE CO., LTD.,

Defendant.

16-CV-2614 (NGG)(RER)
ECF CASE

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
PURSUANT TO FRCP
41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) dismissed, WITHOUT PREJUDICE, and without cost or fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 3, 2016

PLAINTIFF VALUE WHOLESALE, INC.

*Richard Schurin*

Richard S. Schurin, Esq.
**STERN & SCHURIN LLP**
*Attorneys for Plaintiff*

DEFENDANT KB INSURANCE CO., LTD.

Linda Fridegotto, Esq.
**HAVKINS, ROSENFELD, RITZERT & VARRIALE LLP**
*Attorneys for Defendant*

s/Nicholas G. Garaufis

11/7/16